THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY N. WELCH et al., Individually and as Trustees of Common School District No. 12 of the Towns of Rotterdam and Niskayuna, Respondents and Appellants, *v.* WILLIAM D. DUNN et al., Individually and as Members of the Board of Audit, Appellants and Respondents, and JOHN H. VANDECAR, Respondent.

*People ex rel. Welch* v. *Dunn*, 168 App. Div. 678, affirmed.
(Argued February 28, 1916; decided March 14, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 16, 1915, which modified and affirmed as modified a determination of the defendant board of audit, created by chapter 58 of the Laws of 1914, auditing certain debts, claims, demands and charges against School District No. 12 and apportioning the same between the city of Schenectady, to which a portion of such school district had been annexed, and the remainder of such district.

*Burritt B. Johnson* for relators, respondents and appellants.

*Frank Cooper, Corporation Counsel (Stephen A. Wolongiewicz* of counsel), for defendants, appellants and respondents.

*Del B. Salmon* for John H. Vandecar, respondent.

Order affirmed, without costs in this court to either party; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.